# UNITED STATES DISTRICT COURT

for the

Southern District of California

United States of America
v.
Darice Espino Orozco (1)

Case No: 20-cr-02112-AJB

USM No: 23488509

Date of Original Judgment: 04/12/2022

Date of Previous Amended Judgment: ______

*(Use Date of Last Amended Judgment if Any)*

Martha McNab Hall
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ______ months **is reduced to** ______.

*(Complete Parts I and II of Page 2 when motion is granted)*

Defendant previously petitioned the court for a reduced sentence citing substantial assistance and changed circumstances (CM/ECF Doc. 476).This Court denied relief, and in so doing, noted the "zero point" guideline amendment would reduce her criminal History category to a III (from (IV), but that did not warrant a reduced sentence (CM/ECF Doc. 492). Her sentence is below the adjusted guidelines (360 months to life) giving credit for a fast track and lack of youthful guidance variance. Under a Section 3553(a) analysis, the sentence is sufficient but not greater than necessary to meet the policies of the federal sentencing statute. The current petition again requests a "zero point" adjustment relief. Her status points being removed, Defendant is a Category III, and no relief is warranted. Nothing else is offered by the Defendant that would warrant any reduction. Petition DENIED.

Except as otherwise provided, all provisions of the judgment dated 04/12/2022 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 01/02/2025

*Judge's signature*

Effective Date: ______
*(if different from order date)*

Judge Anthony J. Battaglia
*Printed name and title*